IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONALD McHARRIS, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 3:11-cv-685-MEF |
| | ) |
| JAMES T. GULLAGE, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

# **O R D E R**

On September 7, 2011, the Magistrate Judge filed a Recommendation (Doc. #6) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The plaintiff's claims are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B) as to defendants Gullage and Myers are immune from plaintiff's claims for damages.

3. Plaintiff's claims against all defendants are barred by the statute of limitations, and plaintiff may not pursue his claim for injunctive relief as to the sentence he is now serving through 42 U.S.C. § 1983.

4. Plaintiff's motion for preliminary injunction (Doc. #3) is DENIED.

DONE this the 26th day of September, 2011.

                                                        /s/ Mark E. Fuller
                                          UNITED STATES DISTRICT JUDGE